**97–187. State ex rel. Strothers v. Wertheim.**

Cuyahoga App. No. 71185. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On February 20, 1997, appellee filed a second supplement pursuant to S.Ct.Prac.R. VII(3). Appellee's supplement does not contain the proof of service required by S.Ct.Prac.R. XIV(2)(C). Whereas S.Ct.Prac.R. XIV(2)(C) prohibits the filing of a document that does not contain a proof of service,

IT IS ORDERED by the court, *sua sponte*, that appellee's supplement be, and hereby is, stricken.

# MISCELLANEOUS DISMISSALS

**97–133. Grooms v. Herring.**

Stark App. No. 1996CA00318. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due February 14, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–189. Ohio Power Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 96–628–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–201. Local Union 1886, United Mine Workers of Am. v. Reclamation Bd. of Review.**

Franklin App. No. 96APD04–506. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On January 27, 1997, appellant filed a notice of appeal pursuant to S.Ct.Prac.R. II(2). Appellant's notice of appeal does not contain the proof of service required by S.Ct.Prac.R. XIV(2)(C). Whereas S.Ct.Prac.R. XIV(2)(C) prohibits the filing of a document that does not contain a proof of service,

IT IS ORDERED by the court, *sua sponte*, that appellant's notice of appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–224. Garfield Hts. Firefighters, Internatl. Assn. of Fire Fighters, Local # 340 v. Garfield Hts.**

Cuyahoga App. No. 69652. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.